UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 JUN 20 PM 12:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: __lp__ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>CESAR TALAMANTES-CISNEROS,<br><br>                Defendant. | CASE NO. 07CR1300-BTM<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**x**    of the offense(s) of: 21 USC 952 AND 960

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 15, 2007

_____
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____