```
                                                        FILED
                                                      JUN 1 5 2007
                                                 CLERK, U.S. DISTRICT COURT
                                               SOUTHERN DISTRICT OF CALIFORNIA
                                               BY                      DEPUTY
```

Case 3:07-cr-01300-BTM   Document 12-8   Filed 05/31/2007   Page 3 of 36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr1300-BTM |
| Plaintiff, | |
| v. | <u>ORDER TO PRESERVE AND EXAMINE, PHOTOGRAPH, TEST, AND RE-WEIGH EVIDENCE</u> |
| CESAR TALAMANTES-CISNEROS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination and weighing without packaging, the drugs seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Talamantes-Cisneros, and an opportunity to respond, *or a jury verdict or other dispositive resolution of the case*

**IT IS FURTHER ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination, photographing, or testing, the physical evidence retained in this case, including the vehicle, cell phones, and physical items seized from Mr. Talamantes-Cisneros or found inside the car. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of this evidence, without emergency application to this Court, notice to Mr. Talamantes-Cisneros, and an opportunity to respond, *or a jury verdict or other dispositive resolution of the case*

**SO ORDERED.**

Dated: 6-15-07

_____
BARRY TED MOSKOWITZ
U.S. District Court Judge

cc: Immigration & Customs Enforcement, FP&F